**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09–cr–00252–REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JUAN CARLOS ALVAREZ-TORRES,
    a/k/a Efren Alvarez-Torres,

      Defendant.

---

## MINUTE ORDER[1]

---

At the oral request of defense counsel, and with the consent of the government, the change of plea hearing set for Friday, October 2, 2009, at 9:30 a.m.; the matter is **CONTINUED** to **10:30 a.m.**, on October 2, 2009.  The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: September 30, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.